UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILGEHAN BAKIRCI,<br><br>                Plaintiff,<br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C19-0380JLR<br><br>SCHEDULING ORDER |

Before the court is the parties' joint status report and discovery plan. (JSR (Dkt. # 12)).) This case involves a dispute over Plaintiff Bilgehan Bakirci's eligibility for long-term disability benefits under an employee welfare plan governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.* (JSR at 1.) The parties state that this case will be decided on the record. (*Id.* at 1.) The court agrees that the "appropriate procedure to resolve this dispute is through a bench trial on an administrative record." *Sammons v. Regence Bluecross Blueshield of Or.*,

No. 3:15-CV-01703-SI, 2016 WL 1171019, at *2 (D. Or. Mar. 23, 2016), *aff'd*, 739 F. App'x 385 (9th Cir. 2018); *see also Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir. 1999) ("[T]he district court may try the case on the record that the administrator had before it."). Accordingly, based on the representations of the parties regarding when they will be ready to exchange summary judgment or trial briefs (*see* JSR at 4), the court sets the following schedule:

1. The parties' initial briefs are due on January 21, 2020;
2. The parties' responsive briefs are due on February 20, 2020;
3. The parties' reply briefs, if any, are due on March 6, 2020.

The parties shall support their arguments with appropriate pin citations to the administrative record and relevant legal authorities.

Dated this 27th day of June, 2019.

JAMES L. ROBART
United States District Judge